UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR09-01103-JSW |
| ) | |
| Plaintiff, ) | **ORDER SETTING CONDITIONS OF** |
| ) | **PRETRIAL RELEASE** |
| vs. ) | |
| ) | |
| ETHAN FARID JINIAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came before the Court on November 30, 2009 on the Government's Appeal of the Pretrial Release Order issued by Magistrate Judge Larson on November 24, 2009. Defendant appeared in custody with his counsel, Petra Reinecke, and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The Court having considered the briefs filed by the government and the defendant, and the further arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the defendant shall be released pretrial on the following terms and conditions:

1. The defendant shall be supervised by Pretrial Services;

2. The defendant shall be placed on electronic monitoring;

3. The defendant shall be subject to a strict curfew, and shall be permitted to leave his residence only to make appearances in this case, to meet with counsel, for religious services, for medical reasons, or for business-related reasons as pre-approved by Pretrial Services; and

4. The posting of an appearance bond in the amount of $500,000:

   a. secured by a posting of cash in the amount of $100,000 by Stephan Pinto with the Court prior to the defendant's release; and

   b. backed by signature bonds with joint and several liability in the amount of $400,000 by the following sureties: Claudia Cardinalle, Scott Lantz, Larry Goppert and Stephan Pinto, said signature bonds to be signed and submitted to the Court prior to the defendant's release;

5. The defendant shall comply with all conditions imposed by Judge Larson's Order Setting Conditions of Release and Appearance Bond of November 24, 2009, except the conditions which have been modified as noted in paragraphs 3 and 4 above.

Dated: December 3, 2009

_____
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge