JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: CR 09-1103 JSW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ETHAN FARID JINIAN, a/k/a Farid Khoujinian, | |
| Defendant. | |

    The above-captioned matter came before the Court on December 17, 2009, for initial appearance. The defendant was represented by Douglas Schwartz, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was continued to February 18, 2010, at 2:30 p.m. for trial setting.

    The Court made findings on December 17, 2009, that the time from and including December 17, 2009, through and including February 18, 2010, should be excluded under the

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 09-1103 JSW

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties hereby agree to and request that the case be continued until February 18, 2010, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: December 18, 2009

/s/
DOUGLAS SCHWARTZ
Counsel for Defendant

DATED: December 18, 2009

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: December 18, 2009

JEFFREY S WHITE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 09-1103 JSW                          2