JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ETHAN FARID JINIAN, ) <br>   a/k/a Farid Khoujinian, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No: CR 09-1103 JSW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

The above-captioned matter came before the Court on March 18, 2010, for status. The defendant was represented by Douglas Schwartz, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was continued to April 22, 2010, at 2:30 p.m. for further status and trial setting.

The Court made findings on March 18, 2010, that the time from and including March 18, 2010, through and including April 22, 2010, should be excluded under the Speedy Trial Act, 18

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 09-1103 JSW

U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties hereby agree to and request that the case be continued until April 22, 2010, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: March 18, 2010

/s/
DOUGLAS SCHWARTZ
Counsel for Defendant

DATED: March 18, 2010

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: March 19, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 09-1103 JSW                           2