1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue
      San Francisco, California  94102
7     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234
8     Email: jeffrey.finigan@usdoj.gov
9
   Attorneys for the United States of America
10
11                UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION
14
   UNITED STATES OF AMERICA,        )  No: CR 09-1103 JSW
15                                  )
         Plaintiff,                 )
16                                  )  STIPULATION AND [PROPOSED] ORDER
         v.                         )  EXCLUDING TIME
17                                  )
   ETHAN FARID JINIAN,              )
18     a/k/a Farid Khoujinian,      )
                                    )
19       Defendant.                 )
                                    )
20 _____)
21
22
23       The above-captioned matter came before the Court on April 29, 2010, for status. The
24 defendant was represented by Petra Reinecke, Esq., and the government was represented by
25 Jeffrey Finigan, Assistant United States Attorney. The matter was continued to July 15, 2010, at
26 2:30 p.m. for further status and hearing on pretrial motions.
27       The Court made findings on April 29, 2010, that the time from and including April 29,
28 2010, through and including July 15, 2010, should be excluded under the Speedy Trial Act, 18

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 09-1103 JSW

U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial.  The finding was based on the need for the defendant to have reasonable time necessary for effective preparation and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties hereby agree to and request that the case be continued until July 15, 2010, and that the exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: April 30, 2010

/s/
PETRA REINECKE
Counsel for Defendant

DATED: April 30, 2010

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:  April 30, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 09-1103 JSW                                         2