1   DOUGLAS R. SCHWARTZ (State Bar No. 98666)
    PETRA M. REINECKE (State Bar No. 154482)
2   SCHWARTZ & CERA LLP
    44 Montgomery Street, Suite 3850
3   San Francisco, California 94104
    Telephone: (415) 956-2600
4   Facsimile: (415) 438-2655
    Email: doug@schwartz-cera.com
5           petra@schwartz-cera.com
6

7   Attorneys for Defendant
    ETHAN FARID JINIAN

8

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13   UNITED STATES OF AMERICA,     )   Case No.: CR09-01103-JSW (EDL)
                         )
14       Plaintiff,           )   [PROPOSED] ORDER GRANTING IN
                         )   CONTINUANCE OF TRIAL AND   PART
15     vs.                  )   PRETRIAL CONFERENCE DATES
                         )
16                          )
    ETHAN FARID JINIAN,           )
17                          )
      Defendant.          )
18                          )

19

20       The Court having considered the motion of defendant Ethan Farid Jinian to continue

21   the trial and Pretrial Conference dates in this matter due to unavailability of his counsel for

22   necessary pretrial preparation through the end of August, 2010, and having considered the Government's response

23       IT IS HEREBY ORDERED that the trial in this matter is continued to November 1 ,

24   2010, and the Pretrial Conference is continued to October 18 , 2010. The Court finds that the

25   time from October 25, 2010 through November 1 , 2010 should be excluded under the Speedy

26   Trial Act, 18 U.S.C. section 3161(h)(7)(A), because the ends of justice served by taking such

27   action outweighed the best interest of the public and the defendant in a speedy trial, based on

28   the need for the defendant to have reasonable time necessary for effective preparation and for

1 | continuity of counsel pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv).

2 | The Government is required to provide notice of potential 404(b) evidence 30 days prior to the new pretrial date.

3 |

4 | The Court admonishes counsel that, in the future, they should be aware of this

5 | Court's requirements and deadlines relating to pretrial filings *before* setting a

6 | trial date.

THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

[PROPOSED] ORDER CONTINUING TRIAL AND PRETRIAL CONFERENCE DATES
Case No.: CR09-01103-JSW