UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No: CR 09-1103 JSW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND |
| ETHAN FARID JINIAN, ) a/k/a Farid Khoujinian, ) | |
| Defendant. ) | |

The above-captioned matter came before the Court on September 20, 2010, for modification of the defendant's Order Setting Conditions of Release and Appearance Bond (a copy of which is attached to this Stipulation and Proposed Order as Exhibit A and referred to hereafter as the "Bond"). The defendant was represented by Douglas Schwartz, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. Also appearing as sureties were Stephan Pinto, Larry Goppert and Jeff Jalalian.

Messrs. Goppert and Jalalian were questioned under oath by the Court with respect to their duties as sureties on the defendant's Bond. In addition to their representations to the Court,

STIPULATION AND [PROPOSED]
ORDER MODIFYING BOND
CR 09-1103 JSW

Messrs. Pinto, Goppert and Jalalian, hereby further agree to and stipulate to the following:

1. Messrs. Goppert and Jalalian have each paid $50,000 to Mr. Pinto;

2. Mr. Goppert, in addition to remaining on the defendant's Bond as a surety for $500,000, is now also a surety in the secured amount of $50,000, which represents half of the $100,000 originally deposited by Mr. Pinto with the Clerk of this Court;

3. Mr. Jalalian agrees to act as a surety for the defendant pursuant to the terms set forth in the Bond in the secured amount of $50,000, which represents half of the $100,000 originally deposited by Mr. Pinto with the Clerk of this Court; and

4. Mr. Pinto shall remain on the defendant's Bond as a surety for $500,000, but hereby relinquishes any interest in the $100,000 on deposit with the Clerk of this Court and is released as a surety with respect to the secured portion of the Bond only.

Based on the facts set forth above, the undersigned agree to abide by all of the conditions set forth in the Bond and respectfully request that the Court order the defendant's Bond be modified as set forth herein.

DATED: September 22, 2010        /s/
                                 STEPHAN PINTO

DATED: September 22, 2010        /s/
                                 LARRY GOPPERT

DATED: September 22, 2010        /s/
                                 JEFF JALALIAN

So ordered.

DATED:  09/23/10                 _____
                                 JOSEPH JAMES C. SPERO
                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER MODIFYING BOND
CR 09-1103 JSW                   2