| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Criminal Chief |
| 4 | JEFFREY R. FINIGAN (CABN 168285)<br>DENISE MARIE BARTON (MABN 634052) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7232<br>Facsimile: (415) 436-7234 |
| 8 | Email: jeffrey.finigan@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No: CR 09-1103 JSW | |
| Plaintiff, | ) ) | **DENYING UNITED**<br>[PROPOSED] ORDER ~~RE UNITED~~ | |
| v. | ) ) | **STATES' MOTION TO STRIKE**<br>**DEFENDANT'S MOTION IN LIMINE NO.** | |
| ETHAN FARID JINIAN,<br>  a/k/a Farid Khoujinian, | ) ) ) | **11 TO EXCLUDE "UNTIMELY NOTICED**<br>**AND DEFICIENT 'EXPERT'**<br>**TESTIMONY"** | |
| Defendant. | ) ) ) | | |

The Court has considered the United States Motion To Strike Defendant's Motion In Limine No. 11 and ~~for the reasons set forth therein grants the motion and ORDERS Defendant's Motion In Limine No. 11 stricken (without prejudice to the defendant refiling the motion in compliance with the Court's Guidelines For Motions, Final Pretrial Conference, And Trial In Criminal Cases)~~. Defendant's opposition thereto. Although the motion was not one of the additional motions in limine identified in Defendant's application to file more than five motions in limine, the Court concludes that striking the motion is not the appropriate remedy. The Government shall file a substantive opposition by **10:00 a.m. on Friday 4/1/2011.**

DATED:

March 29, 2011

                               *Jeffrey S. White*
                          JEFFREY S. WHITE
                          UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Re Mot. To Strike MIL #11
CR 09-1103 JSW