IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR-09-1103-JSW (EDL) |
| v. | **ORDER REGARDING EX PARTE APPLICATION TO AMEND ORDER RE: PRODUCTION** |
| ETHAN FARID JINIAN, aka Farid Khoujinian, | |
| Defendant. | |

The Court has received and considered Defendant's *ex parte* application requesting that this Court amend its Order of April 4, 2011 regarding the production of documents based on comments by Judge White during a subsequent pre-trial conference, as well as Bricsnet's opposition to the *ex parte* motion. In light of the parties' agreement during the April 4 hearing that the documents should be produced on April 11, the trial of this matter beginning April 25, and this Court's impending unavailability, and after conferring with Judge White, it is hereby Ordered that production shall occur on Monday, April 11, 2011 in Judge White's courtroom and he will authorize the production being turned over to Defendant's attorney without review, as this Court had previously indicated would be done.

**IT IS SO ORDERED.**

Dated: April 5, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge