UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                       General Court Number
Clerk of Court                                                                                              415-522-2000

July 3, 2018

Case Number: 09-cr-01103-JSW-1

Case Title: USA v. Jinian

TO COUNSEL OF RECORD;

     In accordance with Local Rule 79-4(b), it is requested that counsel withdraw their exhibits by filing a written notice forthwith. If notice is not received within thirty (30) days, the exhibits will be disposed of in accordance with Local Rule 79-4(c).

     Very truly yours,

     Susan Y. Soong, Clerk

     by: Desirae Kellenbarger
     Case Systems Administrator
     415-522-2000